IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITY and DATA TECHNOLOGIES, INC.,** : | **CIVIL ACTION** |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **No.  12-2393** |
| : | |
| **SCHOOL DISTRICT OF PHILADELPHIA,** : | |
| et al., : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

**AND NOW,** this 4th day of November, 2015, upon consideration of "Defendants' Motion for Summary Judgment" (Doc. No. 97), 'Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment" (Doc. No. 103), "Defendants' Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment" (Doc. No. 106), "Defendants' Motion to Strike Newspaper Articles from the Record on Summary Judgment" (Doc. No. 107) and "Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Strike Newspaper Articles from the Record on Summary Judgment" (Doc. No. 109), and "Plaintiff's Sur-Reply Brief in Opposition to Defendants' Motion for Summary Judgment" (Doc. No. 113), it is hereby **ORDERED** that:

- "Defendants' Motion to Strike Newspaper Articles from the Record on Summary Judgment" (Doc. No. 107) is **GRANTED;**

- "Defendants' Motion for Summary Judgment" (Doc. No. 97) is **DENIED**; and

1

- A telephone conference to discuss trial scheduling and other pretrial matters is **SCHEDULED** for 2:00 p.m. on December 1, 2015. Counsel for Plaintiff shall initiate the call prior to contacting Chambers.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**