# EXHIBIT 1.

1

```
 1          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
                            NO. 12-CV-02393
 3

 4
    SECURITY & DATA TECHNOLOGIES )DEPOSITION UPON
 5  INC.                         )
                                 )
 6              Plaintiff,       ) ORAL EXAMINATION
                                 )
 7          - vs -               )           OF
                                 )
 8  SCHOOL DISTRICT OF PHILADELPHIA KENNETH SPRESSART
    PHILADELPHIA SCHOOL REFORM    )
 9  COMMISSION & ARLENE C. ACKERMAN
                                 )
10                               )
                Defendant.       )
11  - - - - - - - - - - - - - - -

12

13          TRANSCRIPT OF DEPOSITION, taken by and

14  before NICOLE CIAVATTO, Reporter and Notary Public,

15  at the offices of the TUCKER LAW GROUP, LLC, 1617

16  JFK Boulevard, Suite 1700, Philadelphia,

17  Pennsylvania, 19103, on Monday, June 16, 2014,

18  commencing at 10:00 a.m.

19

20

21              DYNAMIC REPORTING, LLC
           10 Alberta Court, Sewell, NJ 08080
22            Two Penn Center, Suite 1850
         1500 JFK Blvd, Philadelphia, PA 19102
23                  (215) 880-1517
              dynamicreporters@gmail.com
24            www.dynamicreportingllc.com
```

**Kenneth Spressart**

48

1    hundred percent complete here.

2         Q     And where are you pointing?

3         A     Two columns over.  It'll say

4    percent complete.  That means the job

5    recently was finished up within a period of

6    time and it hasn't come off the report.  I'm

7    not -- I don't get involved with the running

8    of these.  So the actual content and what

9    creates this, I don't have full knowledge

10   of.

11        Q     So where it says zero under the

12   column "percent complete," that means that

13   no work has begun?

14        A     Correct.

15        Q     And so does the gross profit

16   margin percentage change throughout the

17   course of the project?

18        A     Yes, it would.

19        Q     And if you look at the bottom

20   of this report where the column that says

21   "gross profit," if you follow it down, it

22   appears to say "$900,401.03."  What does

23   that represent?

24        A     Appears to be a summarization

**Kenneth Spressart**

66

1  BY MR. KLAPROTH:

2      Q     Okay.  Typically what type of

3  gross profit percentage would you be looking

4  to get on a School District project?

5      A     Typically we were in the -- for

6  the small bid and chase jobs, we try to get

7  30, 35.  But as you can see, it does not

8  always work that way.

9      Q     Was there a difference in gross

10  profit percentage in jobs that you acquired

11  through direct contact with School District

12  personnel verses through the bid process?

13      A     We strived for consistency.  So

14  I would say the goals are the same.

15      Q     Do you know whether or not SDT

16  has to have any special certification in

17  order to do work for the School District of

18  Philadelphia?

19      A     I believe there are -- there is

20  something out there in the city that you

21  have to be part of and on, not necessarily

22  tied to the state of Pennsylvania, but that

23  you are a registered listed contractor in

24  the city of Philadelphia that allows you to

Kenneth Spressart

93

1   that level.  The strictly -- a fire alarm or

2   security project, it may not have a general

3   contractor involved.

4        Q     Does SDT ever work as an

5   electrical contractor?

6        A     Very limitedly and on very

7   specific projects.

8        Q     Has SDT ever worked as

9   electrical contractor for the School

10  District of Philadelphia?

11       A     No.

12       Q     Okay.  Does SDT ever work as a

13  prime contractor?

14       A     Yes.

15       Q     Has SDT ever worked as a prime

16  contractor for the School District of

17  Philadelphia?

18       A     Yes.

19       Q     And can you tell me what those

20  projects were?

21       A     The two that really stick out

22  in my mind, based on D2 would be the PSD440,

23  building turn-style, phases one and two.

24  And right under it, the PSD fire tower

Kenneth Spressart

94

1  access control doors.

2       Q     Okay.

3       A     Those were two rather large

4  jobs to tighten up security at 440 North

5  Broad at the direction of Miss Ackerman.

6       Q     And when you say

7  "Miss Ackerman," do you mean Arlene

8  Ackerman?

9       A     Yes.

10      Q     And so it looks like the turn

11  styles project, if I look at D2, the

12  contract date February 24th, 2010; is that

13  correct?

14      A     February 24, 2010.  That's

15  correct.

16      Q     Okay.  And the PSD fire tower

17  project was March 19, 2010?

18      A     Correct.

19      Q     Are there any other projects

20  that the SDT has worked as prime contractor

21  on for the School District of Philadelphia?

22      A     On this list, no.

23      Q     Okay.  Can you tell me

24  approximately what percentage of work SDT

Kenneth Spressart

102

1    heard of the School Reform Commission?  Just

2    generally?

3            A     Well, what haven't you heard?

4    It's all over newspaper articles and TV and,

5    you know.  It -- it's been out there for

6    years and years and years.  You hear all

7    kinds of stuff.  Good and bad.

8            Q     Okay.  Were you familiar with

9    any of the internal approval processes that

10   the School District of Philadelphia would

11   use in deciding whether or not to use SDT on

12   a project?

13                   MR. HOMANS:  Just object to form.

14        The term "familiar."  Not sure what that

15        means.

16                   THE WITNESS:  I'm familiar with

17        processes that would be used for anybody,

18        any firm, not just security and data or

19        SDT.

20   BY MR. KLAPROTH:

21           Q     Specific to the School District

22   of Philadelphia, though, do you have any

23   familiarity with what their internal

24   processes are for approving work with SDT?

Kenneth Spressart

103

1       A      I have a general concept.

2       Q      Okay.  What is that concept?

3       A      Basically that we always had to

4  provide written costs.  Those costs would be

5  heavily scrutinized.  And, you know, there'd

6  be more than one round of pricing, always to

7  get the number down.  So in my eyes, very

8  competitive process.  And then just wait.

9  And either a purchase order would show up

10  or, you know, once in a while I'd heard they

11  had to go through a resolution to get it

12  before the School Reform Commission for

13  approval.  That's it.  Again, as far as

14  timing, sometimes it was quick, sometimes

15  it's only a certain time of the month you

16  had to get it in by.  So, you know, when

17  they called, we jumped, and we got them what

18  they needed quickly and we just wait and

19  see.

20      Q      Okay.  I think before when you

21  were telling me about how you would work

22  through a bidding process, and you said that

23  you would get the papers or get the

24  documents from the purchaser.  You would go

1    September 8th.  We met on September 7th.  So

2    it was way too early for that whole process.

3         Q    Okay.  Now, I believe in D3, in

4    the email that you wrote to Miss McCole, it

5    states, "Remember, I will be with Joe all

6    day tomorrow on the site surveys."

7              Do you know whether or not you

8    started the site surveys on September 9?

9         A    To the best of my recollection,

10   we did.  If I put it here, then we most

11   certainly -- yeah, I would say we did.

12   Yeah.

13        Q    Do you know how many days total

14   you spent surveying the 19 schools?

15             MR. HOMANS:  Do you mean "you,"

16       SDT?

17   BY MR. KLAPROTH:

18        Q    SDT.

19        A    Exactly how many days, I'd have

20   to reconstruct it.  The better part of --

21   I'd say eight to ten business days.  That

22   would include, you know, going to each

23   location, meeting with the schools, meeting

24   with principals, security folks.  And then

1    meeting with School District personnel to

2    put closure to it.

3           Q     Okay.  When you say "put

4    closure to it," what do you mean?

5           A      Meaning, fine tune it on some

6    additional scope.  It never got fine tuned

7    all the way, we never got to that point.

8    They got to a certain point and then it was

9    stopped.  But, you know, you get to a point,

10   you design build projects, you have a big

11   window, and then you got to start bringing

12   that window in, fine tune it.

13          Q     When you first started -- let

14   me back up.

15                 Were you actually -- did you do

16   the surveys of the 19 schools, you personally?

17          A     Yes.

18          Q     Okay.  Who else from SDT

19   participated in those surveys?

20          A     Joe Snell.

21          Q     Anybody else?

22          A     Possibly one of our technicians

23   for a day or so.  I don't recall a

24   hundred percent accurately, but I think we

Kenneth Spressart

185

1          A        Typically, yes.

2          Q        And would you wait for that

3    purchase order before beginning a School

4    District project?

5          A        We would start some

6    preliminary.  We would maybe start the

7    submittal process, if required, we start

8    some of the engineering, if required, in

9    order to keep the ball moving because they

10   can be, at times, tardy in purchase orders.

11         Q        Okay.  And so the preliminary

12   engineering, is that something that you

13   typically would be compensated for in the

14   contract or would you be paid separately for

15   that or would you not be paid at all?

16         A        No.  At that point in time,

17   once we have a proposal to the customer, all

18   those costs and charges are built into our

19   total number.  So that's part of the

20   process.

21         Q        Have you ever started

22   preliminary engineering or other preliminary

23   work on a School District contract prior to

24   getting the signed purchase order?

Kenneth Spressart

1           MR. HOMANS:  When you say "School

2      District," you mean this School District

3      or any school district?

4  BY MR. KLAPROTH:

5           Q       This School District.   School

6  District of Philadelphia.

7           A       Directly for the School

8  District?

9           Q       Yes.

10          A       Hundred percent factual, I

11  cannot say.  I'm sure we have done some, but

12  how many, I --

13          Q       Okay.

14          A       I'd have to go back to the

15  records to see if we actually did that.

16  Typically for School District, we would wait

17  for a purchase order.

18          Q       You would wait for the purchase

19  order, you said?

20          A       We wait for a purchase order.

21  Again, every job circumstance is different,

22  you know.  If we're going to lay out a big

23  sum of money, like on turn styles, we want

24  to make sure that's bona fide.  Again,

Kenneth Spressart

187

1  having to make a good business decision.

2          Q      Now, at some point when you

3  finished the survey of the 19 schools, did

4  you submit your survey findings to anybody

5  at the School District?

6          A      Yes.

7          Q      Who did you submit them to?

8          A      They were submitted to Amy

9  McCole and Phillip Kayman.

10          Q      How were they submitted?

11          A      In person, meeting.

12          Q      And when was that meeting?

13          A      Don't recall the actual date.

14  I know it was September, but prior to

15  September 23.

16          Q      Had SDT come up with a rough

17  estimate of what the project would cost at

18  that point?

19          A      Walking out of that meeting, I

20  was asked.  And I -- based upon the

21  knowledge and just running through some

22  facts and figures, looking at the labor, how

23  many hours had -- looking at the whole big

24  picture, I threw out a number of four and a

Kenneth Spressart

188

1  half to six and a half million.  That's a
2  big spread.
3       Q     Now, in a project, like the
4  persistently dangerous schools project,
5  would the contract, or the eventual purchase
6  orders, I should say, would that be a fixed
7  price such as the contract would be for a
8  certain amount, and that's it?  Or would it
9  be time and materials that you have up to a
10  certain amount and whatever it costs, it
11  costs?
12      A     Typically it goes by how the
13  project's being run by the School District.
14  This was never discussed to be a time and
15  material basis.  You know, in my opinion, it
16  was not right for prime time yet.  We hadn't
17  got to where we had hard solid numbers to
18  work from in order to even have a purchase
19  order cut.  It just wasn't there yet.  We
20  were getting there, but we still had too
21  many loose ends.
22      Q     And what were those loose ends?
23      A     Talking about support structure
24  for the security offices.  There was some

Kenneth Spressart

190

1      Q      Did SDT have any plans to begin

2  any preliminary engineering or any other

3  preliminary work prior to the School Reform

4  Commission ratifying?

5      A      We had no plans directly to

6  start, you know.  Always a little bit behind

7  the scenes things that, you know, through

8  the sales process that I would always be

9  working on and Joe would be working on to be

10  prepared so when it hit.  Again, knowing the

11  nature of this job, and the fast track and

12  the emergency nature of it, and not wanting

13  to, you know, let our customer down, we, you

14  know, we were going to run it right up to

15  the edge waiting for the word to go.

16      Q      Did SDT delay -- or let me back

17  up.  Strike that.

18              Did SDT forgo working on any

19  other projects because you wanted to be

20  prepared to hit the ground running on the

21  persistently dangerous schools once you got the

22  okay?

23      A      No.  You can't afford to do

24  that.  You keep moving.

Kenneth Spressart

191

1       Q    Did SDT hire any employees on

2  the basis that you might get this

3  persistently dangerous schools project and

4  you needed to have the manpower for it?

5       A    No.

6       Q    Did SDT purchase any equipment

7  on the basis that you might got get this

8  persistently dangerous schools project?

9       A    No.

10      Q    After that meeting, did SDT do

11  any other work, and I mean work broadly,

12  like did you do any more surveys, did you

13  provide any more price quotes, even, you

14  know, verbally over the phone?  Did you do

15  anything for the persistently dangerous

16  schools project after that meeting?

17      A    If I can remember correctly,

18  the only thing that I did was have several

19  conversations with the manufacturer's rep,

20  meaning our regional sales manager for UTC

21  to just again, to kind of pre-stage

22  equipment for availability, things of that

23  nature, because we knew we had some

24  long-lead items.  You know, I'm always

Kenneth Spressart

219

1            Did you receive any indication

2    from the School District that they were going

3    to be scrutinizing your rough estimate prior to

4    hiring SDT to do the persistently dangerous

5    schools project?

6              MR. HOMANS:   Rough estimate on

7        cost?

8    BY MR. KLAPROTH:

9        Q     The rough estimate of 4.5 to

10   6.5 million?

11       A     If that was the basis for

12   delay, no.

13       Q     And what do you mean by "if

14   that were the basis for delay"?

15       A     If the School Reform Commission

16   wanted more security and didn't vote on it

17   the end of September because they want to

18   scrutinize our number, we had no indication

19   of that.  As I mentioned earlier and

20   previously testified, that, yes, they have

21   scrutinized our numbers and it's documented

22   that they have.  And we knew all along that

23   through the entire process, you know, until

24   we had concrete scope, concrete quantities,

1   concrete everything, until a final number

2   was arrived, that our numbers would be very

3   closely watched only because we had to do

4   competitive for the City.

5          Q      Have you ever participated in a

6   project for the School District where the

7   School Reform Commission did not ratify the

8   resolution to begin work on the project?

9          A      I am not aware of any, no.

10         Q      When you said before that the

11  project was pulled and we were asked to turn

12  in drawings, is that the time point when you

13  had to turn in the drawings that you viewed

14  the project, the persistently dangerous

15  schools project, as being pulled from SDT?

16         A      No.  I don't view anything

17  being pulled from us.  We were asked to turn

18  in documents.  We didn't understand why.  We

19  weren't quite sure what was coming down.

20  But, you know, we always, we -- we were

21  doing that job.

22         Q      At any point in time after you

23  had finished the surveys up until you turned

24  in the drawings, was there any indication

Kenneth Spressart

222

1   meeting.   Done.   Nothing transpired since

2   then.

3           Q       What was the gross profit

4   margin that you were hoping to make on the

5   persistently dangerous schools project?

6           A       Again, trying to maintain our

7   company policy.   You know, we were hoping to

8   be in the, somewheres high 20s, mid 30S.

9   Some things can change that number.   Again,

10  depending on you, know, equipment purchases

11  and this and that.   But we were aiming for

12  that target goal there.

13          Q       And I saw -- actually, why

14  don't you take a look at it again, D2.

15                  Looking at D2, when you look at

16  the gross profit percentage column, we spoke

17  earlier that there is a range, that some of

18  them range from anywhere from 8.02 to, you

19  know, there is one here that is 37.65.   There

20  is one that's 43.64.   Did you have any

21  indication as to where this project, the

22  persistently dangerous schools projects, would

23  fall on that scale?   I know you said that you

24  were hoping high 20s to mid 30S.   Was that

**Kenneth Spressart**

223

1   based on the scope of other projects that you

2   had done for the School District?  How were you

3   reaching that number?

4           A       Again, the number we looked at,

5   in my mind -- remember, we had not finalized

6   anything.  Nothing was finalized on this job

7   as far as cost, sale price, that number

8   could have been arranged this far apart.

9           Q       And you are gesturing with your

10  hands about like 3 feet?

11          A       Yeah.  A larger than -- only

12  because nothing was finalized.  So going

13  looking at it, take a look at the two jobs,

14  the most two recent jobs that we did with

15  them prior to this, which would have been

16  the turn style and the tower doors, you're

17  looking at 31.04 and 36.29.  So I'm saying,

18  you know, high 20s, mid 30s, I'm right

19  there.  So again, that's just a target that

20  we were looking for.

21          Q       Now, if the SRC had passed or

22  ratified the resolution, then you would

23  expect a purchase order from the School

24  District for the persistently dangerous

Kenneth Spressart

224

1    schools project?

2         A       We would have expected some

3    type of document.  Again, we hadn't got to

4    the point where we even had firm numbers.

5    So I don't know even know where it

6    ultimately ended up and how that came about

7    because we weren't there yet.  So my opinion

8    moving forward on this thing is that once it

9    got ratified, I had to finish more my work

10   yet to come up with a dollar value.  That

11   could have been X.  And then they got an

12   approved contract value of Y, that would

13   have given them, you know, a cushion to

14   handle additional work, if required, but I

15   wouldn't have gotten this.

16        Q       By this?

17        A       I would have gotten this.

18        Q       You are pointing to Y being --

19        A       Being the real number.  Y being

20   my final number to the School District based

21   upon having a much better handle on the

22   scope.

23        Q       And the other number would be

24   the cushion that you said that they would

**Kenneth Spressart**

225

1   have, the amount of money they have to spend

2   on the project?

3        A    Well, somebody got X amount

4   approved.  That didn't come from SDT.

5        Q    Were you aware of anybody

6   getting X amount approved at any point for

7   persistently dangerous schools?

8        A    Not until it went public

9   knowledge.

10        Q    And when did it become public

11   knowledge?

12        A    I'm assuming the day it was

13   ratified because it's a public meeting.

14        Q    And so if it was ratified and

15   say -- I am basically just going to give you

16   a for instance here -- if it is ratified,

17   and they come back and they say, we have,

18   you know, you were projecting 4.5 to 6.5, if

19   the School District came back with a lower

20   number than that, say, 3 or the SRC did on

21   their ratification, how does that change the

22   job at that point?

23        A    It changes the scope of the

24   job.  You start having to cut, again, based

Kenneth Spressart

226

1    on quantities to get to where you need to

2    be.

3            Q       And if they came back with a

4    much larger number and give you a bigger

5    cushion, it would help you either expand the

6    job or get the job done completely with a

7    larger cushion in which to operate?

8            A       Not necessarily like a cushion

9    to operate.  Basically, we would still be at

10   a fixed number based on a scope, and that

11   number I'm referring to that I don't know

12   what that is yet or would have been yet.  So

13   they would have had contingency moneys

14   available to them to say they needed an

15   extra air conditioner or another power feed,

16   or something of that nature, but not

17   necessarily that.  That difference would

18   have been to SDT just to do at our

19   willy-nilly, no, not at all.

20           Q       Have you ever experienced the

21   SRC coming back from a proposed resolution

22   and the SRC limiting the scope of work from

23   that which was proposed to that which was

24   ratified?

Kenneth Spressart

245

1        Q      And you see the paragraph, at
2   the bottom, where it says, "Spressart,
3   according to the sources, went to work
4   immediately.  He visited every site marking
5   up District specifications to show what
6   equipment would be needed and where it would
7   be placed.  SDT made a rough estimate that
8   the entire project would cost 4.5 million to
9   6 million.  The estimate was later increased
10  based on internal district discussions."
11             Is that information that you
12  provided to "The Philadelphia Inquirer"?
13       A      I -- again, timing wise, I
14  can't vouch for that.  You know,
15  Spressart -- according to sources, that
16  could have been the School District, someone
17  from the School District, also.  Timing
18  doesn't seem to jive because it says "no
19  comment" the following page.  So that may
20  not have been me at all.
21       Q      Okay.  Where it says the rough
22  estimate of the project, I believe you
23  testified today that your rough estimate was
24  4.5 to 6.5.  In this article, it says 4.5 to

Kenneth Spressart

246

1    6 million.  Is the article incorrect or is

2    your recollection?

3         A    No.  My verbal was four and a

4    half to six and a half.

5         Q    Okay.  Take a look at what's

6    been marked as <u>D7</u> again.

7         A    Okay.

8         Q    If you could turn to page 7 of

9    that.

10        A    (Witness complies.)

11        Q    Are you there?

12        A    Yes, I am.

13        Q    Okay, see at top of the page,

14   second paragraph.  "Spressart summed up his

15   dealings with the School District by noting,

16   'I can emphatically say' that all dealings

17   with the School District have been 'one

18   hundred percent spot on.'  He further stated

19   that 'absolutely no one' has made

20   inappropriate gestures.  There has been

21   'zero of that'."

22              Are you accurately quoted on

23   page 7 of this document?

24        A    When I read that earlier, I'm

**Kenneth Spressart**

260

1     potential vendors and manufacturers prior to

2     having to return the drawings?

3              A      In light of what?

4              Q      In light of learning that

5     what -- that SDT was a victim of what you

6     believe to be racial discrimination.

7              A      It's a difficult question to

8     answer because, again, coming from a pure

9     business perspective, you like to be

10    compensated.  But from an ethical

11    perspective, you know, it's very, very

12    difficult for me to answer that question.

13             Q      I think you --

14             A      Because it -- compared to what

15    we lost, it's a drop in a bucket.  It --

16    it -- it's insignificant.

17             Q      And I think you testified

18    earlier that when you do -- when you put

19    together like an estimate or a proposal and

20    you do some sort of preliminary work, that

21    that's something that is normally not

22    included ultimately in the purchase order or

23    the contract.

24             A      Correct.  That's a cost of

**Kenneth Spressart**

261

1    sales.  Okay.  That's not a item that we

2    typically will build into a project.  If

3    we're asked to view the designer of record,

4    then we will add that in our proposal.  But

5    typically on all of bid work, even design

6    bid work here, we do not charge for our

7    service.  That's a cost of sales.  That's an

8    inherent cost.

9        Q    And that's the same with the

10   persistently dangerous schools project?

11       A    Yes.  Again, we knew it was

12   coming in.  We knew it would be short term,

13   and we'd be under contract.  So it's my

14   efforts, Joe Snell's efforts, it's what we

15   call cost of sale.

16       Q    Is there a person at SDT whose

17   job it is to estimate?  I know that

18   sometimes with contractors, there will be an

19   estimator or an estimating department.  Is

20   there a department like that at SDT?

21       A    No.  Each sales rep is

22   responsible for their own estimates, and

23   then I have final approval.  *We -- limits

24   that are -- we set.