Michael D. Homans, Esquire
October 30, 2014
Expert Report

*Security and Data Technologies, Inc. v.
School District of Philadelphia, et al*

$100,000 contract price ranges from 31.99% to 34.73%. By eliminating the extremes, there is no significant variability.

*Gross Profit as a Proper Measure of Damages*
Van Noy indicates that a contract of $7.5M "would have created inefficiencies in SDT's operations leading to additional costs not considered in SDT's damages, such as: increased overtime costs; unbillable direct labor costs; wasted material and supplies; additional interest expense; additional office expenses; and impacts on other ongoing projects"[20].

Van Noy makes this comment without support for his opinion. There is no evidence to support that SDT would have increased overtime costs, unbillable direct labor costs, wasted material and supplies, additional office expenses and impacts on other ongoing projects. As for interest expense, since approximately 56% of the project was subcontracting expense, the subcontractors would get paid when the owner paid SDT. For the remainder of the project, there is no evidence that SDT would incur additional interest expense. The terms of the contract with the School District may have included payment terms that would not require additional borrowing. Additionally, Van Noy failed to consider whether the shareholders could fund any financing needs.

If we assume SDT had to borrow an additional $1,000,000 at an estimated rate of 5%, it would have cost SDT approximately $4,166.66 per month ($1,000,000 x 5% divided by 12 months). That would be a nominal amount in comparison to the total contract price.

d.   Failure to address foundation elements for reasonably estimating damages

Van Noy opines that the damages to SDT is speculative and unreliable due to the fact that SDT "never prepared an estimate of the actual cost of performing the Project; failed to quantify the demands which would have been placed on its financial and operational resources; never solicited pricing from subcontractors which would have accounted for 67 percent of the costs of the project; and failed to assess whether it historical gross profit percentage was a reliable indicator of the profit it could reasonably expect on the Project"[21].

Van Noy's opinion that SDT's damages are speculative and unreliable is without basis. As established above, SDT had a well-established history of performing projects for the School District. The calculation of damages above is consistent with SDT's job performance with the School District. SDT's experience in the industry and their experience with School District projects provided a basis for pricing contracts of this scope. Additionally, it is my understanding that SDT was not allowed to have further involvement in the Project after the School District awarded the contract to IBS. The School District has not provided cost or work details as to the Project during discovery in this litigation. As a result, SDT cannot be faulted for not preparing a more specific analysis as to specific Project costs to support its damage calculation.

---

[20] Van Noy Report, p. 9
[21] Van Noy Report, p. 9-10

Michael D. Homans, Esquire
October 30, 2014
Expert Report

*Security and Data Technologies, Inc. v.*
*School District of Philadelphia, et al*

## CONCLUSION

Based on my review and analysis, I have determined to a reasonable degree of accounting certainty that Security and Data Technologies, Inc. sustained damages of at least **Two Million, One Hundred Thousand Dollars ($2,100,000)**.

All opinions and conclusions in this Report are stated within a reasonable degree of accounting certainty and I reserve the right to change, amend or supplement the opinion and conclusions upon receipt and review of additional information.

Respectfully submitted,

John F. Maloney, CPA, CFF, CVA, ABAR

Michael D. Homans, Esquire
October 30, 2014
Expert Report

*Security and Data Technologies, Inc. v.*
*School District of Philadelphia, et al*

## EXHIBIT SUMMARY

| | |
|---|---|
| Exhibit A | First page of Agreement for Services between The School District of Philadelphia and IBS Communications, Inc. |
| Exhibit B | Exhibit B to Agreement for Services – Contractors Budget |
| Exhibit C | Condensed Consolidated Statement of Operations – Security and Data Technologies, Inc. and 101 Pheasant Run, Inc. for the years December 31, 2009 to December 31, 2012 |
| Exhibit D | Contracts in Progress Schedule Per Company Financial Statements as of December 31, 2010 |
| Exhibit E | Contracts in Progress Schedule Per Company Financial Statements as of December 31, 2012 |
| Exhibit F | Replicated Contracts in Progress Schedule of Company as of December 31, 2010 |
| Exhibit G | Replicated Contracts in Progress Schedule of Company as of December 31, 2012 |
| Exhibit H | Projects Direct with SDP 1/1/2007 12/31/2012 |
| Exhibit I | Projects Direct with Electrical Contractors 1/1/2007 to 12/31/2012 |
| Exhibit J | Summay Contract Analysis of Contracts SDT Performed with the School District of Philadelphia for the Period January 1, 2007 to December 31, 2012 |
| Exhibit K | Documents Reviewed |
| Exhibit L | Qualifications of John F. Maloney, CPA, CFF, CVA, ABAR |

Case 2:12-cv-02393-MSG   Document 129-6   Filed 05/09/16   Page 4 of 16

Michael D. Homans, Esquire
October 30, 2014
Expert Report

Security and Data Technologies, Inc. v.
School District of Philadelphia, et al

# EXHIBIT A

OGC CONTRACT NO. 471/F11　　　　　　　　　　SC NO.:
　　　　　　　　　　　　　　　　　　　　　　　ABC CODE:

## AGREEMENT FOR SERVICES

Project:

Surveillance Systems at Persistently Dangerous Schools

　　　In consideration of the mutual promises set forth below, intending to be legally bound, THE SCHOOL DISTRICT OF PHILADELPHIA, a body corporate and political subdivision formed and existing under the laws of the Commonwealth of Pennsylvania (the "School District"), located at the Education Center, 440 North Broad Street, Philadelphia, Pennsylvania, 19130-4015, and IBS COMMUNICATIONS, INC., a Pennsylvania corporation (the "Contractor"), located at 7500 Germantown Avenue, Elders Hall, Suite 200-204, Philadelphia, Pennsylvania 19119, have executed and delivered this Agreement for Services (the "Contract") as of September 22, 2010.

　　1.　*The Engagement, the Work, the Standard Terms and Conditions.* Subject to the terms and conditions set forth in this Contract, the School District engages the Contractor to carry out the work (the "Work") described in the attached Exhibit "A" – Statement of Work, and Exhibit "B" – the Contractor's Budget (the "Budget"). The Work includes all Materials the Contractor has agreed to provide, the time frames in which the Contractor has agreed to complete the Work, and all other requirements the Contractor must satisfy in order to complete the Work during the Term (defined in Section 3 below). The terms and conditions of this Contract include the School District Standard Terms and Conditions (the "Standard Terms and Conditions") attached hereto as Exhibit "C".

　　2.　*Resolution.* The School Reform Commission authorized this Contract by its resolution number A-14, dated October 20, 2010. The Parties have attached the resolution to this Contract as Exhibit "D" for reference but have not made the resolution a part of this Contract. The School District has no power to contract for the Work outside the scope of the resolution.

　　3.　*Contract Term.* The term of the Contract shall begin September 22, 2010 and end June 30, 2011 (the "Term"), unless terminated sooner by the School District as provided in this Contract. The Contractor shall commence the Work promptly on the first day of the Term and complete the Work not later than the last day of the Term, except for those matters which contemplate performance after the expiration or termination of this Contract.

　　4.　*Compensation.* As compensation for the satisfactory performance of the Work carried out by the Contractor hereunder, the School District shall pay the Contractor, in arrears, a total fee not to exceed Seven Million, Five Hundred Thousand Dollars ($7,500,000.00), conditioned, however, upon the continued availability of funds, as set forth in Sections 5 and 6 of the Standard Terms and Conditions (the "Compensation").

© 2008, The School District of Philadelphia
Office of General Counsel
May 2008

IBS000003

EXHIBIT
IBS-12
8-4-14

Case 2:12-cv-02393-MSG   Document 129-6   Filed 05/09/16   Page 5 of 16

Michael D. Homans, Esquire
October 30, 2014
Expert Report

Security and Data Technologies, Inc. v.
School District of Philadelphia, et al

## EXHIBIT B

EXHIBIT "B"

CONTRACTOR'S BUDGET

Total Compensation        Not to exceed $7,500,000.00

Breakdown of Compensation:

| | |
|---|---|
| Salaries | $4,200,000.00 |
| Professional Services | $1,550,000.00 |
| Materials | $1,750,000.00 |

EXHIBIT B

IBS000017

Michael D. Homans, Esquire
October 30, 2014
Expert Report

*Security and Data Technologies, Inc. v.*
*School District of Philadelphia, et al*

## EXHIBIT C

**Security and Data Technologies, Inc. and 101 Pheasant Run, Inc.**
**Condensed Consolidated Statement of Operations**
(source: reviewed financial statements prepared by Mayer Hoffman McCann, P.C.)

| | 12/31/2009 | | 12/31/2010 | | 12/31/2011 | | 12/31/2012 | |
|---|---|---|---|---|---|---|---|---|
| Contract Revenue | 10,505,370 | 71.28% | 10,426,118 | 71.43% | 8,726,992 | 69.33% | 10,172,830 | 72.07% |
| Service Revenue | 4,232,743 | 28.72% | 4,171,025 | 28.57% | 3,861,283 | 30.67% | 3,941,652 | 27.93% |
| Total Revenues | 14,738,113 | 100.00% | 14,597,143 | 100.00% | 12,588,275 | 100.00% | 14,114,482 | 100.00% |
| Total Cost of Earned Revenues | 11,004,024 | 74.66% | 10,942,606 | 74.96% | 9,734,374 | 77.33% | 10,865,032 | 76.98% |
| Gross Profit | 3,734,089 | 25.34% | 3,654,537 | 25.04% | 2,853,901 | 22.67% | 3,249,450 | 23.02% |
| General and Administrative Expenses | | | | | | | | |
| Sales Salaries, Payroll Taxes, Medical and Life Insurance, and Pension Plan | n/a | n/a | 2,492,915 | 17.08% | n/a | n/a | 2,017,943 | 14.30% |
| Insurance - General | n/a | n/a | 231,683 | 1.59% | n/a | n/a | 265,616 | 1.88% |
| Office Expense | n/a | n/a | 122,585 | 0.84% | n/a | n/a | 122,217 | 0.87% |
| Professional Fees | n/a | n/a | 83,563 | 0.57% | n/a | n/a | 69,293 | 0.49% |
| Telecommunications | n/a | n/a | 90,800 | 0.62% | n/a | n/a | 102,548 | 0.73% |
| Advertising & Promotion | n/a | n/a | 85,894 | 0.59% | n/a | n/a | 76,159 | 0.54% |
| Bad Debts | n/a | n/a | 69,314 | 0.47% | n/a | n/a | 37,540 | 0.27% |
| Equipment Leasing | n/a | n/a | 38,060 | 0.26% | n/a | n/a | 39,110 | 0.28% |
| Depreciation | n/a | n/a | 24,692 | 0.17% | n/a | n/a | 20,446 | 0.14% |
| Dues & Subscriptions | n/a | n/a | 4,937 | 0.03% | n/a | n/a | 5,544 | 0.04% |
| Meals and Entertainment | n/a | n/a | 24,929 | 0.17% | n/a | n/a | 34,849 | 0.25% |
| Postage and Shipping | n/a | n/a | 5,743 | 0.04% | n/a | n/a | 5,600 | 0.04% |
| Taxes | n/a | n/a | 14,531 | 0.10% | n/a | n/a | 40,474 | 0.29% |
| Travel | n/a | n/a | 7,208 | 0.05% | n/a | n/a | 43,103 | 0.31% |
| Utilities | n/a | n/a | 33,645 | 0.23% | n/a | n/a | 27,104 | 0.19% |
| Other G&A Expenses | 3,428,309 | 23.26% | - | 0.00% | 2,553,485 | 20.28% | - | 0.00% |
| Total G&A Expenses | 3,428,309 | 23.26% | 3,330,499 | 22.82% | 2,553,485 | 20.28% | 2,907,546 | 20.60% |
| Operating Income | 305,780 | 2.07% | 324,038 | 2.22% | 300,416 | 2.39% | 341,904 | 2.42% |
| Other Income/(Expense) | | | | | | | | |
| Interest Expense | (108,841) | -0.74% | (103,078) | -0.71% | (95,351) | -0.76% | (73,597) | -0.52% |
| Gain on Sale of Property and Equipment | - | 0.00% | - | 0.00% | 5,475 | 0.04% | 7,720 | 0.05% |
| Miscellaneous Income | 12,963 | 0.09% | 12,042 | 0.08% | 4,002 | 0.03% | 553 | 0.00% |
| Total Other Income | (95,878) | -0.65% | (91,036) | -0.62% | (85,874) | -0.68% | (65,324) | -0.46% |
| Net Income | 209,902 | 1.42% | 233,002 | 1.60% | 214,542 | 1.70% | 276,580 | 1.96% |
| Net Income Attributable to the Noncontrolling Interest | (57,880) | -0.39% | (77,300) | -0.53% | (52,940) | -0.42% | (65,673) | -0.47% |
| Net Income Attributable to SDT | 152,022 | 1.03% | 155,702 | 1.07% | 161,602 | 1.28% | 210,907 | 1.49% |

Michael D. Homans, Esquire
October 30, 2014
Expert Report

*Security and Data Technologies, Inc. v.
School District of Philadelphia, et al*

# EXHIBIT D

**SECURITY AND DATA TECHNOLOGIES, INC.
AND 101 PHEASANT RUN, INC.
SUPPLEMENTARY INFORMATION - SCHEDULE V - CONTRACTS IN PROGRESS
December 31, 2010**

| Contract | | Contract Totals | | | | From Inception to December 31, 2010 | | | | As of December 31, 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | Description | Revenues | Estimated Costs | Estimated Gross Profit | Percent Complete | Earned Revenues | Cost of Earned Revenues | Gross Profit | Gross Profit % | Billed to Date | Estimated Cost to Complete | Costs and Estimated Earnings in Excess of Billings | Billings in Excess of Costs and Estimated Earnings |
| 4059VIR | VIRTUA HOSPITAL VOORHEES | $ 1,251,220 | $ 1,015,000 | $ 296,220 | 94.7 | $ 1,185,507 | $ 961,693 | $ 223,814 | 18.9 | $ 1,128,449 | $ 53,307 | $ 57,058 | $ - |
| 4396FMH | MERCY FITZGERALD HOSPITAL | 700,925 | 463,566 | 237,359 | 81.0 | 567,617 | 375,401 | 192,216 | 33.9 | 440,505 | 88,165 | 127,112 | - |
| 4016GJC | GLOUCESTER CO. JUSTICE COMPLI | 551,000 | 412,531 | 138,469 | 83.5 | 460,292 | 344,618 | 115,674 | 25.1 | 456,630 | 67,913 | 3,662 | - |
| 4283WPH | WEST PHILADELPHIA HIGH SCHOOL | 499,800 | 338,584 | 161,216 | 61.0 | 304,668 | 206,394 | 98,274 | 32.3 | 242,870 | 132,190 | 61,798 | - |
| 4683CHPA | CHOP IRC3 REPLACEMENT - SDT | 439,017 | 204,009 | 235,008 | 51.1 | 224,345 | 104,252 | 120,093 | 53.5 | 218,660 | 99,757 | 5,685 | - |
| 4556GCC | GLOUC. CNTY FAM & CNTY BLDGS | 378,000 | 282,492 | 95,508 | 37.2 | 140,560 | 105,045 | 35,515 | 25.3 | 115,160 | 177,447 | 25,400 | - |
| 4180PSD | PHILADELPHIA SCHOOLS RING #1 | 164,874 | 104,189 | 60,685 | 95.8 | 157,943 | 99,809 | 58,134 | 36.8 | 149,424 | 4,380 | 8,519 | - |
| 4343PSD | PSD CORE SITES RING #2 | 135,337 | 91,185 | 44,152 | 79.3 | 107,265 | 72,271 | 34,994 | 32.6 | 122,685 | 18,914 | - | 15,420 |
| 4478SSG | SEASHORE GARDENS APT BLDG. | 117,000 | 97,404 | 19,596 | 5.6 | 6,545 | 5,449 | 1,096 | 16.7 | 17,550 | 91,955 | - | 11,005 |
| 4643PSD | PHILA SCHL DIST CORE ST RNG #4 | 114,000 | 88,178 | 25,822 | 2.1 | 2,366 | 1,830 | 536 | 22.7 | 10,281 | 86,348 | - | 7,915 |
| 4660PFC | PIER 5 PHASE 2 CONDO UNITS | 113,815 | 75,404 | 38,411 | 19.1 | 21,699 | 14,376 | 7,323 | 33.7 | 28,454 | 61,028 | - | 6,755 |
| 4449VVT | VIRTUA ACC BLDG. FA, ACC, CB | 109,984 | 62,450 | 47,534 | 48.5 | 53,354 | 30,295 | 23,059 | 43.2 | 42,222 | 32,155 | 11,132 | - |
| 4452FED | FEDERATION HSNG MULT SYST. | 97,680 | 76,261 | 21,419 | 0.3 | 296 | 231 | 65 | 22.0 | - | 76,030 | 296 | - |
| 4592SCN | USM AT STUDIO CTR FA EXP. | 84,225 | 54,216 | 30,009 | 16.0 | 13,516 | 8,700 | 4,816 | 35.6 | 4,772 | 45,516 | 8,744 | - |
| 4640SCN | USM AT STUDIO CTR CCTV & SEC | 79,145 | 55,627 | 23,518 | 20.6 | 16,318 | 11,469 | 4,849 | 29.7 | 5,475 | 44,158 | 10,843 | - |
| 4318SMS | ST. MONICA'S MANOR EXPANSION | 69,550 | 32,833 | 36,717 | 77.8 | 54,133 | 25,555 | 28,578 | 52.8 | 62,948 | 7,278 | - | 8,815 |
| 4447FPS | FEDERAL PROTECTIVE SERV. EXP. | 67,496 | 44,772 | 22,724 | 76.5 | 51,652 | 34,262 | 17,390 | 33.7 | 61,591 | 10,510 | - | 9,939 |
| 4096CIR | CIRA CTR SOUTH PARKING GARAGI | 65,000 | 33,304 | 31,696 | 92.4 | 60,076 | 30,781 | 29,295 | 48.8 | 42,500 | 2,523 | 17,576 | - |
| 4113BHS | BENSALEM HIGH SCHOOL GYM | 58,615 | 39,062 | 19,553 | 29.3 | 17,198 | 11,461 | 5,737 | 33.4 | 32,361 | 27,601 | - | 15,163 |
| 4670MSH | MERCY SUB HOSP. FA UPGRADES | 57,500 | 32,387 | 25,113 | 2.5 | 1,465 | 825 | 640 | 43.7 | 14,375 | 31,562 | - | 12,910 |
| | Contracts less than $75,000 | 945,241 | 657,988 | 287,273 | | 324,504 | 212,946 | 111,558 | 34.4 | 403,359 | 445,022 | 41,448 | 120,303 |
| | | $ 6,099,424 | $ 4,261,422 | $ 1,838,002 | | $ 3,771,319 | $ 2,657,663 | $ 1,113,656 | | $ 3,600,271 | $ 1,603,759 | $ 379,273 | $ 208,225 |

See Independent Accountants' Review Report on Supplementary Information

- 21 -

HIGHLY CONFIDENTIAL
SECURITY-05103

Case 2:12-cv-02393-MSG   Document 129-6   Filed 05/09/16   Page 8 of 16

Michael D. Homans, Esquire
October 30, 2014
Expert Report

Security and Data Technologies, Inc. v.
School District of Philadelphia, et al

# EXHIBIT E

**SECURITY AND DATA TECHNOLOGIES, INC.**
**SUPPLEMENTARY INFORMATION - SCHEDULE V - CONTRACTS IN PROGRESS**
**December 31, 2012**

| | | Contract Totals | | | | From Inception to December 31, 2012 | | | | | As of December 31, 2012 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Contract Price | Estimated Costs | Estimated Gross Profit | Percent Complete | Earned Revenues | Cost of Earned Revenues | Gross Profit | Gross Profit % | Billed to Date | Estimated Cost to Complete | Costs and Estimated Earnings in Excess of Billings | Billings in Excess of Costs and Estimated Earnings |
| Job | Description | | | | | | | | | | | | |
| 5131CHA | CHOP ACC | $ 615,000 | $ 512,492 | $ 102,508 | 4.9 | $ 29,966 | $ 24,971 | $ 4,995 | 16.7 | $ 61,500 | $ 487,521 | $ - | $ 31,534 |
| 5163DVH | DELAWRE VETS HOME NC REPL | 587,500 | 385,809 | 201,691 | 83.8 | 492,598 | 323,487 | 169,111 | 34.3 | 479,761 | 62,322 | 12,837 | - |
| 4976SRI | CHOP ABRAMSON IRC3 UPGRADE | 513,780 | 217,742 | 296,038 | 82.0 | 421,157 | 178,488 | 242,669 | 57.6 | 362,985 | 39,254 | 58,172 | - |
| 5149SIO | THE SI ORGANIZATION | 307,500 | 235,400 | 72,100 | 93.6 | 287,890 | 220,388 | 67,502 | 23.4 | 230,625 | 15,012 | 57,265 | - |
| 4784PIA | PHILA INT'L AIRPORT TERM F SEC | 249,609 | 184,186 | 65,423 | 87.4 | 218,154 | 160,975 | 57,179 | 26.2 | 194,963 | 23,211 | 23,191 | - |
| 5160BAC | GOVERNOR BACON HLTH CTR | 228,883 | 168,696 | 60,187 | 73.0 | 167,101 | 123,160 | 43,941 | 26.3 | 141,408 | 45,536 | 25,693 | - |
| 5091DVI | DELAWARE VALLEY INTELLIGENCE | 170,000 | 115,900 | 54,100 | 87.1 | 148,129 | 100,989 | 47,140 | 31.8 | 137,569 | 14,911 | 10,560 | - |
| 5154OPP | OPPORTUNITIES TOWERS 1 & 2 | 153,400 | 82,814 | 70,586 | 60.6 | 92,945 | 50,177 | 42,768 | 46.0 | 127,530 | 32,637 | - | 34,585 |
| 5085CES | CHELTENHAM ELEM SCHL EXTRON SY | 122,570 | 101,678 | 20,892 | 2.1 | 2,550 | 2,115 | 435 | 17.1 | 14,145 | 99,563 | - | 11,595 |
| 5173PSV | CITY OF PHILA/PCA-SVU CO | 97,880 | 69,484 | 28,396 | 7.2 | 7,077 | 5,024 | 2,053 | 29.0 | 9,788 | 64,460 | - | 2,711 |
| 5191FCM | FRANKLIN COURT MUSEUM | 87,900 | 65,018 | 22,882 | 10.4 | 9,116 | 6,743 | 2,373 | 26.0 | 8,768 | 56,275 | 348 | - |
| 5009VIR | VIRTUA VOORHEES NC MGMNT RPT | 83,800 | 36,620 | 47,180 | 95.7 | 80,237 | 35,063 | 45,174 | 56.3 | 75,440 | 1,557 | 4,797 | - |
| 5004GAC | GATEWAY SENIOR APTS | 77,910 | 50,417 | 27,493 | 85.6 | 66,717 | 43,174 | 23,543 | 35.3 | 70,119 | 7,243 | - | 3,402 |
| 4837PWD | PHILA WATER DEPT CCTV-EXP PROO | 77,000 | 59,223 | 17,777 | 12.9 | 9,958 | 7,659 | 2,299 | 23.1 | 7,792 | 51,564 | 2,166 | - |
| 4318SMS | ST. MONICA'S MANOR EXPANSION | 75,030 | 42,708 | 32,322 | 92.4 | 69,299 | 39,446 | 29,853 | 43.1 | 71,821 | 3,262 | - | 2,522 |
| | | 2,027,236 | 1,355,734 | 671,502 | | 645,491 | 440,689 | 204,802 | 31.7 | 776,477 | 915,045 | 64,271 | 195,257 |
| | Contracts less than $75,000 | | | | | | | | | | | | |
| | | $ 5,474,998 | $ 3,683,921 | $ 1,791,077 | | $ 2,748,385 | $ 1,762,548 | $ 985,837 | | $ 2,770,691 | $ 1,921,373 | $ 259,300 | $ 281,606 |

See Independent Accountant's Review Report on Supplementary Information

- 21 -

Michael D. Homans, Esquire
October 30, 2014
Expert Report

Security and Data Technologies, Inc. v.
School District of Philadelphia, et al

# EXHIBIT F

SECURITY AND DATA TECHNOLOGIES, INC.
AND 101 PHEASANT RUN, INC.
SUPPLEMENTARY INFORMATION - SCHEDULE V - CONTRACTS IN PROGRESS
December 31, 2010

| Contract | | Contract Totals | | | | | From Inception to December 31, 2010 | | | | | As of December 31, 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job | Description | Revenues | Estimated Costs | Estimated Gross Profit | Estimated Gross Profit % | Percent Complete | Earned Revenues | Cost of Earned Revenues | Gross Profit | Gross Profit % | Billed to Date | Estimated Cost to Complete | Costs and Estimated Earnings in Excess of Billings | Billings in Excess of Costs and Estimated Earnings |
| 4059VIR | VIRTUA HOSPITAL VOORHEES | $ 1,251,220 | $ 1,015,000 | $ 236,220 | 18.9% | 94.7% | $1,185,507 | $ 961,693 | $ 223,814 | 18.9% | $ 1,128,449 | $ 53,307 | $ 57,058 | $ - |
| 4396FMH | MERCY FITZGERALD HOSPITAL | 700,925 | 463,566 | 237,359 | 33.9% | 81.0% | 567,617 | 375,401 | 192,216 | 33.9% | 440,505 | 88,165 | 127,112 | - |
| 4016GJC | GLOUCESTER CO. JUSTICE COMPLI | 551,000 | 412,531 | 138,469 | 25.1% | 83.5% | 460,292 | 344,618 | 115,674 | 25.1% | 456,630 | 67,913 | 3,662 | - |
| 4283WPH | WEST PHILADELPHIA HIGH SCHOOL | 499,800 | 338,584 | 161,216 | 32.3% | 61.0% | 304,668 | 206,394 | 98,274 | 32.3% | 242,870 | 132,190 | 61,798 | - |
| 4683CHPA | CHOP IRC3 REPLACEMENT - SDT | 439,017 | 204,009 | 235,008 | 53.5% | 51.1% | 224,345 | 104,252 | 120,093 | 53.5% | 218,660 | 99,757 | 5,685 | - |
| 4656GCC | GLOUC. CNTY FAM & CNTY SLOGS | 378,000 | 282,492 | 95,508 | 25.3% | 37.2% | 140,560 | 105,045 | 35,515 | 25.3% | 115,160 | 177,447 | 25,400 | - |
| 4180PSD | PHILADELPHIA SCHOOLS RING #1 | 164,874 | 104,189 | 60,685 | 36.8% | 95.8% | 157,943 | 99,809 | 58,134 | 36.8% | 149,424 | 4,380 | 8,519 | - |
| 4343PSD | PSD CORE SITES RING #2 | 135,337 | 91,185 | 44,152 | 32.6% | 79.3% | 107,265 | 72,271 | 34,994 | 32.6% | 122,685 | 18,914 | - | 15,420 |
| 4478SSG | SEASHORE GARDENS APT BLDG. | 117,000 | 97,404 | 19,596 | 16.7% | 5.6% | 6,545 | 5,449 | 1,096 | 16.7% | 17,550 | 91,955 | - | 11,005 |
| 4643PSD | PHILA SCHL DIST CORE ST RNG #4 | 114,000 | 88,178 | 25,822 | 22.7% | 2.1% | 2,366 | 1,830 | 536 | 22.7% | 10,281 | 86,348 | - | 7,915 |
| 4660PFC | PIER 5 PHASE 2 CONDO UNITS | 113,815 | 75,404 | 38,411 | 33.7% | 19.1% | 21,699 | 14,376 | 7,323 | 33.7% | 28,454 | 61,028 | - | 6,755 |
| 4449WT | VIRTUA ACC BLDG. FA, ACC CB | 109,984 | 62,450 | 47,534 | 43.2% | 48.5% | 53,354 | 30,295 | 23,059 | 43.2% | 42,222 | 32,155 | 11,132 | - |
| 4452FED | FEDERATION HSNG MOLT SYST. | 97,680 | 76,261 | 21,419 | 21.9% | 0.3% | 296 | 231 | 65 | 22.0% | - | 76,030 | 296 | - |
| 4592SCN | USM AT STUDIO CTR FA EXP. | 84,225 | 54,216 | 30,009 | 35.6% | 16.0% | 13,516 | 8,700 | 4,816 | 35.6% | 4,772 | 45,516 | 8,744 | - |
| 4640SCN | USM AT STUDIO CTR CCTV & SEC | 79,145 | 55,627 | 23,518 | 29.7% | 20.6% | 16,318 | 11,469 | 4,849 | 29.7% | 5,475 | 44,158 | 10,843 | - |
| 4318SMS | ST. MONICA'S MANOR EXPANSION | 69,550 | 32,833 | 36,717 | 52.8% | 77.8% | 54,133 | 25,555 | 28,578 | 52.8% | 62,948 | 7,278 | - | 8,815 |
| 4447FPS | FEDERAL PROTECTIVE SERV. EXP | 67,496 | 44,772 | 22,724 | 33.7% | 76.5% | 51,652 | 34,262 | 17,390 | 33.7% | 61,591 | 10,510 | - | 9,939 |
| 4096CIR | CIRA CTR SOUTH PARKING GARAGI | 65,000 | 33,304 | 31,696 | 48.8% | 92.4% | 60,076 | 30,781 | 29,295 | 48.8% | 42,500 | 2,523 | 17,576 | - |
| 4113BHS | BENSALEM HIGH SCHOOL GYM | 58,615 | 39,062 | 19,553 | 33.4% | 29.3% | 17,198 | 11,461 | 5,737 | 33.4% | 32,361 | 27,601 | - | 15,163 |
| 4670MSH | MERCY SUB HOSP. FA UPGRADES | 57,500 | 32,387 | 25,113 | 43.7% | 2.5% | 1,465 | 825 | 640 | 43.7% | 14,375 | 31,562 | - | 12,910 |
| | Subtotal | 5,154,183 | 3,603,454 | 1,550,729 | 30.1% | | 3,446,815 | 2,444,717 | 1,002,098 | 29.1% | 3,196,912 | 1,158,737 | 337,825 | 87,922 |
| | Contracts Less than $75,000 | 945,241 | 657,968 | 287,273 | 30.4% | | 324,504 | 212,946 | 111,558 | 34.4 | 403,359 | 445,022 | 41,448 | 120,303 |
| | Total | $ 6,099,424 | $ 4,261,422 | $ 1,838,002 | 30.1% | | $3,771,319 | $2,657,663 | $1,113,656 | 34.4 | $ 3,600,271 | $1,603,759 | $ 379,273 | $ 208,225 |

Michael D. Homans, Esquire
October 30, 2014
Expert Report

*Security and Data Technologies, Inc. v.
School District of Philadelphia, et al*

EXHIBIT G

**SECURITY AND DATA TECHNOLOGIES, INC.**
**SUPPLEMENTARY INFORMATION - SCHEDULE V - CONTRACTS IN PROGRESS**
**December 31, 2012**

| | | Contract Totals | | | | | From Inception to December 31, 2012 | | | | | | As of December 31, 2012 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Cost of | | | | | | |
| | | Contract | Estimated | Estimated Gross | Estimated Gross Profit | Percent | Earned | Earned Revenues | Gross | Gross Profit | Billed to | Estimated Cost to | Costs and Estimated Earnings In Excess of | Billings in Excess of Costs and Estimated |
| Job | Description | Price | Costs | Profit | % | Complete | Revenues | to Date | Profit | % | Date | Complete | Billings | Earnings |
| 5131CHA | CHOP ACC | $ 615,000 | $ 512,492 | $ 102,508 | 16.7% | 4.9% | $ 29,966 | $ 24,971 | $ 4,995 | 16.7% | $ 61,500 | $ 487,521 | $ - | $ 31,534 |
| 5163DVH | DELAWRE VETS HOME NC REPL | 587,500 | 385,809 | 201,691 | 34.3% | 83.8% | 492,598 | 323,487 | 169,111 | 34.3% | 479,761 | 62,322 | 12,837 | |
| 4976SRI | CHOP ABRAMSON IRC3 UPGRADE | 513,780 | 217,742 | 296,038 | 57.6% | 82.0% | 421,157 | 178,488 | 242,669 | 57.6% | 362,985 | 39,254 | 58,172 | |
| 5149510 | THE SI ORGANIZATION | 307,500 | 235,400 | 72,100 | 23.4% | 93.6% | 287,890 | 220,388 | 67,502 | 23.4% | 230,625 | 15,012 | 57,265 | |
| 4784PIA | PHILA INT'L AIRPORT TERM F SEC | 249,609 | 184,186 | 65,423 | 26.2% | 87.4% | 218,154 | 160,975 | 57,179 | 26.2% | 194,963 | 23,211 | 23,191 | |
| 5160BAC | GOVERNOR BACON HLTH CTR | 228,883 | 168,696 | 60,187 | 26.3% | 73.0% | 167,101 | 123,160 | 43,941 | 26.3% | 141,408 | 45,536 | 25,693 | |
| 5091DVI | DELAWARE VALLEY INTELLIGENCE | 170,000 | 115,900 | 54,100 | 31.8% | 87.1% | 148,129 | 100,989 | 47,140 | 31.8% | 137,569 | 14,911 | 10,560 | |
| 51540PP | OPPORTUNITIES TOWERS 1 & 2 | 153,400 | 82,814 | 70,586 | 46.0% | 60.6% | 92,945 | 50,177 | 42,768 | 46.0% | 127,530 | 32,637 | | 34,585 |
| 5085CES | CHELTENHAM ELEM SCHL EXTRON SY | 122,570 | 101,678 | 20,892 | 17.0% | 2.1% | 2,550 | 2,115 | 435 | 17.1% | 14,145 | 99,563 | | 11,595 |
| 5173PSV | CITY OF PHILA;PCA-SVU CO | 97,880 | 69,484 | 28,396 | 29.0% | 7.2% | 7,077 | 5,024 | 2,053 | 29.0% | 9,788 | 64,460 | | 2,711 |
| 5191FCM | FRANKLIN COURT MUSEUM | 87,900 | 65,018 | 22,882 | 26.0% | 10.4% | 9,116 | 6,743 | 2,373 | 26.0% | 8,768 | 58,275 | 348 | |
| 5009VIR | VIRTUA VOORHEES NC MGMNT RPT | 83,800 | 36,620 | 47,180 | 56.3% | 95.7% | 80,237 | 35,063 | 45,174 | 56.3% | 75,440 | 1,557 | 4,797 | |
| 5004GAC | GATEWAY SENIOR APTS | 77,910 | 50,417 | 27,493 | 35.3% | 85.6% | 66,717 | 43,174 | 23,543 | 35.3% | 70,119 | 7,243 | | 3,402 |
| 4837PWD | PHILA WATER DEPT CCTV-EXP PROD | 77,000 | 59,223 | 17,777 | 23.1% | 12.9% | 9,958 | 7,659 | 2,299 | 23.1% | 7,792 | 51,564 | 2,166 | |
| 4318SMS | ST. MONICA'S MANOR EXPANSION | 75,030 | 42,708 | 32,322 | 43.1% | 92.4% | 69,299 | 39,446 | 29,853 | 43.1% | 71,821 | 3,262 | | 2,522 |
| | Subtotal | 3,447,762 | 2,328,187 | 1,119,575 | 32.5% | | 2,102,894 | 1,321,859 | 781,035 | 37.1% | 1,994,214 | 1,006,328 | 195,029 | 86,349 |
| | Contracts less than $75,000 | 2,027,236 | 1,355,734 | 671,502 | 33.1% | | 645,491 | 440,689 | 204,802 | 31.7% | 776,477 | 915,045 | 64,271 | 195,257 |
| | Total | $ 5,474,998 | $ 3,683,921 | $ 1,791,077 | 32.7% | | $2,748,385 | $1,762,548 | $ 985,837 | 35.9% | $ 2,770,691 | $1,921,373 | $ 259,300 | $ 281,606 |

24

Michael D. Homans, Esquire
October 30, 2014
Expert Report

Security and Data Technologies, Inc. v.
School District of Philadelphia, et al

# EXHIBIT H

## JOB CONTRACT ANALYSIS REPORT

Company: SD Security and Data Technologies, Inc.
Jobs Active Since: 01/01/1900
Thru Month Ending: 07/31/2014
Both Open & Closed Jobs

Page 1
07/11/2014 04:37 pm

| Job | Name | Contract Amount | Current Estimated Costs | Revised Projected Costs | Gross Profit | Gross Profit % | Cost To Date | % Compl | Billed To Date | % Billed | Revenue Recognized | Payments Received | Over Billed | Under Billed | Sales Rep | Status | Close-out Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3383SDP | SCH DIST OF PHILA -TRAINING LAB | 17,925.00 | 14,117.00 | 16,650.45 | 1,274.55 | 7.22 | 13,364.20 | 80.36 | 17,925.00 | 100.00 | 14,404.53 | 17,925.00 | 3,520.47 | .00 | .00 | DL | 11/23/07 |
| 3384SDP | SCH DIST OF PHILA -LIBRARY RM | 505.00 | 415.00 | 915.36 | 410.36 | 81.26 | 1,429.79 | 156.21 | 505.00 | 100.00 | 788.81 | 505.00 | .00 | 283.81 | .00 | DL | 11/23/07 |
| 3385SDP | SCH DIST OF PHILA -SRC RM# 101 | 526.00 | 430.00 | 878.71 | 352.71 | 67.05 | 878.71 | 100.00 | 526.00 | 100.00 | 526.00 | 526.00 | .00 | .00 | .00 | DL | 11/23/07 |
| 3433SDP | SCH DIST OF PHILA -S&M AGRMNT | 53,589.00 | 31,390.00 | 38,823.39 | 14,765.61 | 27.55 | 38,823.39 | 100.00 | 53,589.00 | 100.00 | 53,589.00 | 53,589.00 | .00 | .00 | .00 | DL | 12/19/07 |
| 3495SDP | SCH DIST OF PHILA - ER. RM 222 | 2,535.00 | 1,949.00 | 1,479.14 | 1,055.86 | 41.65 | 1,479.14 | 100.00 | 2,535.00 | 100.00 | 2,535.00 | 2,535.00 | .00 | .00 | .00 | DL | 12/14/07 |
| 3440SDP | SCH DIST PHIL-EMPLY HLTH SRVC | 2,535.00 | 1,949.00 | 1,398.51 | 1,136.49 | 44.83 | 1,398.51 | 100.00 | 2,535.00 | 100.00 | 2,535.00 | 2,535.00 | .00 | .00 | .00 | DL | 12/22/07 |
| 3599SDP | SCH DIST OF PHILA -PSD WIRELESS | 580.00 | 427.00 | 76.26 | 503.74 | 86.85 | 76.26 | 100.00 | 580.00 | 100.00 | 580.00 | 580.00 | .00 | .00 | .00 | DL | 04/09/08 |
| 3605SDP | SCH DIST OF PHILA ADDL READER | 2,790.00 | 2,132.00 | 723.39 | 2,066.61 | 74.05 | 723.39 | 100.00 | 2,790.00 | 100.00 | 2,790.00 | 2,790.00 | .00 | .00 | .00 | DL | 04/09/03 |
| 3663SDP | 440 BLDG INTERCOM 15TH ST PSD | 4,650.00 | 3,475.00 | 3,392.52 | 1,257.48 | 27.04 | 3,165.99 | 93.32 | 4,650.00 | 100.00 | 4,339.38 | 4,650.00 | 310.62 | .00 | .00 | DL | 03/20/03 |
| 3727SDP | RE-ENGAGEMENT CTR - S D P | 1,550.00 | 952.00 | 635.79 | 914.21 | 58.98 | 625.79 | 100.00 | 1,550.00 | 100.00 | 1,550.00 | 1,550.00 | .00 | .00 | .00 | DL | 06/23/08 |
| 3892RSD | CCTV DRWG LAYS 41-60 PHILA SCH | 60,820.00 | 28,440.00 | 6,637.00 | 54,183.00 | 89.09 | 7,584.75 | 114.28 | 60,820.00 | 100.00 | 69,505.10 | 60,820.00 | .00 | 8,685.10 | .00 | DL | 12/05/08 |
| 3893PSD | PHILA SCH DIST SOFTWARE UPGRDE | 68,250.00 | 40,950.00 | .00 | 22,300.00 | 40.00 | 199.00 | .49 | 68,250.00 | 100.00 | 68,250.00 | 68,250.00 | 67,915.57 | .00 | .00 | DL | 12/08/04 |
| 3894PSD | CCTV DRWNG LAYS 1-20 PHILA SCH | 61,690.00 | 28,880.00 | 50,373.65 | 11,316.35 | 18.34 | 72,469.00 | 143.36 | 61,690.00 | 100.00 | 88,747.23 | 61,690.00 | .00 | 27,057.23 | .00 | DL | 12/08/08 |
| 3896PSD | CCTV DRWNG LAYS 21-40 PHILA SCH | 60,820.00 | 29,440.00 | .00 | 32,380.00 | 53.24 | 6,641.25 | 23.35 | 60,820.00 | 100.00 | 14,201.47 | 60,820.00 | 46,618.53 | .00 | .00 | DL | 12/08/08 |
| 3897RSD | CCTV DRWG LAYS 61-80 PHILA SCH | 60,820.00 | 28,520.00 | 9,446.25 | 51,373.75 | 84.47 | 9,446.25 | 100.00 | 60,820.00 | 100.00 | 60,820.00 | 60,820.00 | .00 | .00 | .00 | DL | 12/08/08 |
| 4031SDP | CCTV DRAWINGS ADDT'L PHILA SCH | 12,160.00 | 5,621.00 | 947.00 | 11,713.00 | 91.38 | 2,087.00 | 211.45 | 12,160.00 | 100.00 | 25,712.32 | 12,160.00 | .00 | 13,552.32 | .00 | DL | 04/15/09 |
| 4259SDP | SCHOOL DIST. OF PHILA | 56,311.57 | 35,235.00 | 26,997.29 | 29,314.28 | 52.06 | 27,022.28 | 100.09 | 56,311.57 | 100.00 | 56,365.25 | 56,311.57 | .00 | 10.68 | .00 | KS | 11/20/09 |
| 4260PSD | PSD-FCWRKS-SOFTWARE UPDATE | 160,000.00 | 109,091.00 | 114,812.31 | 44,187.69 | 30.12 | 118,612.95 | 106.08 | 160,000.00 | 100.00 | 169,728.00 | 160,000.00 | .00 | 9,728.00 | .00 | KS | 11/20/09 |
| 4301RSD | PSD-3RD FLR PORTAL "B" | 6,565.00 | 4,308.00 | 5,707.99 | 2,857.01 | 43.52 | 3,824.01 | 103.13 | 6,565.00 | 100.00 | 6,770.48 | 6,565.00 | .00 | 205.48 | .00 | KS | 01/13/10 |
| 4319RSD | PSD/ENG&CAD-FIR TWR ACC CTR DR | 5,544.00 | 2,754.00 | 6,630.00 | 1,086.00 | 19.59 | 42,488.28 | 640.85 | 389,291.00 | 100.00 | 35,528.72 | 5,544.00 | .00 | 29,984.72 | .00 | DL | 01/28/10 |
| 4337PSD | PSD-440 BLD TURNSTILES PHS 1-2 | 389,291.00 | 255,459.00 | 248,032.40 | 141,258.60 | 36.29 | 24,712.22 | 99.87 | 389,291.00 | 100.00 | 388,784.92 | 389,291.00 | 506.08 | .00 | .00 | KS | 02/24/10 |
| 4342PSD | PSD FIRE TOWER-ACC CONTROL DRS | 569,718.00 | 409,190.00 | 392,859.10 | 176,858.90 | 31.04 | 392,172.09 | 99.88 | 569,718.00 | 100.00 | 569,034.34 | 569,718.00 | 683.66 | .00 | .00 | CF | 03/19/10 |
| 4454PSD | ELLIOT-LEWIS CO ADD TO CONF RM | 2,300.00 | 771.00 | 618.98 | 1,681.02 | 73.09 | 618.98 | 100.00 | 2,300.00 | 100.00 | 2,300.00 | 2,300.00 | .00 | .00 | .00 | CF | 06/09/10 |
| 4359PSD | PSD-ADDT'L FCWX CLIENT STATION | 2,233.50 | 1,270.00 | 1,050.00 | 1,183.50 | 52.99 | 1,110.86 | 100.80 | 2,233.50 | 100.00 | 2,363.04 | 2,233.50 | .00 | 129.54 | .00 | KS | 07/30/10 |
| 4819PSD | PSD-SECURITY REAR BASEMENT | 19,525.00 | 14,006.00 | 15,977.89 | 3,547.11 | 18.17 | 14,341.89 | 90.01 | 19,525.00 | 100.00 | 17,574.45 | 19,525.00 | 1,950.55 | .00 | .00 | KS | 05/01/11 |
| 5000PSD | PHILA SCH DIST MAINT AGR 2012 | 25,000.00 | 13,750.00 | 3,741.98 | 21,258.02 | 85.03 | 8,416.98 | 224.93 | 25,000.00 | 100.00 | 56,232.50 | 25,000.00 | .00 | 31,232.50 | .00 | KS | 02/17/12 |
| 5048PSD | PSD-440 N. BROAD TECH ED SEC. | 54,820.00 | 38,872.00 | 11,777.33 | 43,042.67 | 78.52 | 24,400.81 | 207.18 | 54,820.00 | 100.00 | 113,576.08 | 54,820.00 | .00 | 58,756.08 | .00 | JS | 05/04/12 |
| CC21292 | 15TH STREET ADD'L READER | 4,471.00 | 3,488.00 | 3,248.85 | 1,222.15 | 27.34 | 3,248.85 | 100.00 | 4,471.00 | 100.00 | 4,471.00 | 4,471.00 | .00 | .00 | .00 | JS | 10/03/08 |
| CC24571 | PSD-440 N. BROAD ST-STAIR TWR | 10,285.00 | 5,591.00 | 6,845.66 | 3,439.34 | 33.44 | 6,845.66 | 100.00 | 10,285.00 | 100.00 | 10,285.00 | 10,285.00 | .00 | .00 | .00 | KS | 02/27/10 |
| | Report Totals | 1,711,309.07 | 1,112,423.00 | 965,697.20 | 605,286.07 | 35.24 | 1,051,459.68 | 94.52 | 1,717,809.07 | 100.00 | 1,715,969.05 | 1,717,809.07 | 121,505.48 | 179,665.46 | | | |

Projects direct with SDP
1/1/2007 - 12/31/2012



SECURITY 00513

25

EXHIBIT I

**JOB CONTRACT ANALYSIS REPORT**

Company: SD Security and Data Technologies, Inc.
Jobs Active Since: 01/01/1900
Thru Month Ending: 07/31/2014
Both Open & Closed Jobs

07/11/2014 04:28 pm
Page: 1

| Job | Name | Contract Amount | Current Estimated Costs | Revised Projected Costs | Gross Profit | Gross Profit % | Cost To Date | Compl % | Billed To Date | Billed % | Revenue Recognized | Payments Received | Over Billed | Under Billed | Backlog | Sales Rep | Contract Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3084AUD | AUDENREID HIGH SCHOOL | 167,000.00 | 148,934.00 | 153,717.78 | 13,282.22 | 7.95 | 153,199.14 | 99.65 | 161,000.00 | 100.00 | 166,432.20 | 167,000.00 | 567.80 | .00 | .00 | .00 PC | 03/05/07 |
| 3098GWC | GEORGE WASHINGTON CARVER SCH | 45,570.00 | 32,629.00 | 47,485.28 | 1,915.28- | 4.20- | 47,485.28 | 100.00 | 45,570.00 | 100.00 | 45,570.00 | 45,289.00 | .00 | .00 | .00 | .00 PC | 03/19/07 |
| 3284WPA | W. PHILA AUTOMOTIVE ACADEMY | 86,944.00 | 66,456.00 | 84,400.58 | 2,543.42 | 2.93 | 86,709.28 | 102.74 | 86,943.99 | 100.00 | 89,326.27 | 86,944.00 | .00 | 2,382.28 | .00 | .01 BB | 08/31/07 |
| 3384SDP | SCH DIST OF PHILA-LIBRARY RJ31 | 505.00 | 415.00 | 915.36 | 410.36- | 81.26- | 1,429.79 | 156.20 | 505.00 | 100.00 | 788.81 | 505.00 | .00 | 283.81 | .00 | .00 DL | 11/23/07 |
| 3593SNY | SNYDER MIDDLE SCHOOL RENOS | 28,165.99 | 21,346.00 | 17,596.67 | 10,568.33 | 37.52 | 17,461.15 | 99.23 | 28,165.00 | 100.00 | 27,948.13 | 27,262.79 | 216.87 | .00 | .00 BB | 04/01/08 |
| 3663PES | PENROSE ELEM & BARTRAM MCOTY HS | 157,838.00 | 125,552.00 | 158,145.82 | 307.82- | .20- | 158,854.13 | 100.45 | 157,838.00 | 100.00 | 158,548.27 | 157,838.00 | .00 | 710.27 | .00 | .00 TD | 12/07/08 |
| 4000BES | BLUFORD ELEMENTARY SCHOOL | 159,020.00 | 131,566.00 | 139,622.59 | 19,397.41 | 12.20 | 141,377.76 | 101.26 | 159,020.00 | 100.00 | 161,022.65 | 159,020.00 | .00 | 2,003.65 | .00 | .00 BC | 03/16/09 |
| 4097PSD | PHILA SCH DIST CORE SITES 3 | 152,497.05 | 112,835.00 | 85,954.80 | 66,542.25 | 43.64 | 86,226.88 | 100.32 | 152,497.05 | 100.00 | 152,985.04 | 152,497.02 | .00 | 487.99 | .00 | .00 TD | 06/30/09 |
| 4119FSF | ALOYSIUS FITZPATRICK ELEM SCH | 9,088.00 | 6,160.00 | 6,271.31 | 2,816.69 | 30.99 | 6,491.31 | 103.51 | 9,088.00 | 100.00 | 9,406.99 | 9,088.00 | .00 | 318.99 | .00 | .00 BB | 07/16/09 |
| 4135KHS | KENSINGTON HIGH SCH PKG SYSTEM | 150,367.19 | 154,931.00 | 162,936.66 | 2,816.69 | 30.99 | 163,827.21 | 100.55 | 150,367.19 | 100.00 | 191,414.21 | 190,367.19 | .00 | 1,047.02 | .00 | .00 BC | 08/13/09 |
| 4151LRC | LAURAH CARNELL SCHOOL | 24,312.00 | 11,314.00 | 24,078.94 | 233.06 | .96 | 24,034.62 | 99.82 | 24,312.00 | 100.00 | 24,268.24 | 24,312.00 | 43.76 | .00 | .00 | .00 TD | 09/09/09 |
| 4180PSD | PHILADELPHIA SCHOOLS RING #1 | 164,874.03 | 129,216.00 | 105,408.41 | 59,465.62 | 36.07 | 108,495.97 | 102.91 | 164,874.03 | 100.00 | 169,671.86 | 164,874.03 | .00 | 4,797.83 | .00 | .00 TD | 10/09/09 |
| 4201BH | JOHN BARTRAM HIGH SCHOOL | 39,165.20 | 37,356.00 | 35,659.03 | 3,506.17 | 8.95 | 35,274.80 | 98.92 | 39,165.20 | 100.00 | 38,742.22 | 39,165.20 | 422.98 | .00 | .00 TD | 11/02/09 |
| 4220GWP | GEORGE W. PEPPER MIDDLE SCHOOL | 42,735.00 | 34,020.00 | 39,115.73 | 3,619.27 | 8.47 | 39,626.00 | 101.30 | 42,735.00 | 100.00 | 43,291.56 | 42,735.00 | .00 | 555.56 | .00 | .00 BC | 12/21/09 |
| 4253WPH | WEST PHILADELPHIA HIGH SCHOOL | 501,674.39 | 440,049.00 | 464,598.17 | 37,076.22 | 7.39 | 464,034.94 | 99.88 | 501,674.39 | 100.00 | 501,072.38 | 501,674.39 | 602.01 | .00 | .00 BC | 03/04/10 |
| 4343PSD | PSD CORE SITES RING #2 | 135,337.05 | 105,380.00 | 86,744.10 | 48,592.95 | 35.91 | 87,617.10 | 101.01 | 135,337.05 | 100.00 | 136,703.95 | 135,337.05 | .00 | 1,366.90 | .00 | .00 TD | 07/29/10 |
| 4349ESS | EDWARD T STEEL SCHL NEW FA | 25,000.00 | 19,519.00 | 20,877.81 | 4,122.19 | 16.49 | 20,660.73 | 98.96 | 25,000.00 | 100.00 | 24,740.00 | 25,000.00 | 260.00 | .00 | .00 | .00 PC | 10/29/10 |
| 4647PSD | PHILA SCHL DIST CORE ST RNG #4 | 120,988.76 | 31,001.00 | 69,235.02 | 51,753.74 | 42.78 | 69,337.28 | 100.15 | 120,988.76 | 100.00 | 121,170.24 | 120,422.66 | .00 | 181.48 | .00 | .00 TD | 03/08/11 |
| 4714CTH | COMMUNICATIONS TECH HS | 27,295.00 | 26,243.00 | 18,942.44 | 8,352.56 | 30.60 | 23,268.73 | 122.84 | 27,295.00 | 100.00 | 33,529.18 | 27,295.00 | .00 | 6,234.18 | .00 | .00 TD | 02/16/11 |
| 4736WAF | MCKINLEY ELEMENTARY SCHL FA | 27,270.00 | 22,599.00 | 30,611.88 | 3,341,88- | 12.26- | 30,891.23 | 100.91 | 27,270.00 | 100.00 | 27,518.16 | 27,270.00 | .00 | 248.16 | .00 | .00 PC | 02/16/11 |
| 4867BES | BRIDESBURG ELEM. SCHL-FA | 129,890.00 | 108,366.00 | 103,233.24 | 26,637.76 | 20.51 | 103,232.24 | 100.00 | 129,890.00 | 100.00 | 129,890.00 | 128,890.00 | .00 | .00 | .00 | .00 PC | 06/03/11 |
| 4942PSD | PSD-SWENSON SKILLS CTR CCTV | 61,000.00 | 50,590.00 | 64,185.37 | 3,185.37- | 5.22- | 64,400.37 | 100.34 | 61,000.00 | 100.00 | 61,207.40 | 61,000.00 | .00 | 207.40 | .00 | .00 TD | 11/15/11 |
| 4944RSD | PSD-JUANITA PARK ACADEMY CCTV | 143,000.00 | 131,298.00 | 131,627.92 | 11,372.08 | 7.95 | 132,859.04 | 100.84 | 143,000.00 | 100.00 | 144,344.20 | 143,000.00 | .00 | 1,344.20 | .00 | .00 TD | 11/28/11 |
| 500GRX | GEN. PHILKEARNY SCHL.MULT SYS | 77,211.21 | 64,588.00 | 60,570.54 | 16,640.67 | 21.55 | 60,570.54 | 100.00 | 77,211.21 | 100.00 | 77,211.21 | 77,211.21 | .00 | .00 | .00 TD | 02/29/12 |
| 5123WAG | WAGNER MIDDL SCHL NEW FA SYS | 39,267.60 | 12,716.00 | 35,419.97 | 3,847.63 | 9.80 | 35,493.92 | 100.21 | 39,267.60 | 100.00 | 39,350.06 | 39,267.60 | .00 | 82.46 | .00 | .00 TD | 07/31/12 |
| | Report Totals | 2,556,014.48 | 2,093,519.00 | 2,147,375.42 | 408,639.06 | 15.99 | 2,162,866.84 | 100.72 | 2,556,014.47 | 100.00 | 2,576,153.23 | 2,553,280.14 | 2,113.42 | 22,252.13 | | 01 | |

Projects direct with
Electrical Contractors
1/1/2007 – 12/31/2012

SECURITY 005137

Michael D. Homans, Esquire
October 30, 2014
Expert Report

Security and Data Technologies, Inc. v.
School District of Philadelphia, et al

## EXHIBIT J

SDT Job Contract Analysis Report
Projects With Philadelphia School District - Direct Contract and as Subcontractor (Sorted by GP% from Low to High)
January 1, 2007 through December 31, 2012

| # | Job | Name | A<br>Contract Amount | B<br>Current Estimated Costs | C<br>Revised Project Costs | D (A-C)<br>Gross Profit | E (D/A)<br>Gross Profit % | F<br>Cost To-Date | G (F/C)<br>Percent Complete | H<br>Billed To-Date | I (K/A)<br>Percent Billed | J (G*A)<br>Revenue Recognized | K<br>Payments Received | L<br>Over-Billed | M<br>Under-Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3384SDP | SCH DIST OF PHILA-LIBRARY R131 | 4,471.00 | 3,488.00 | 3,248.85 | 1,222.15 | 27.34% | 3,248.85 | 100.00% | 4,471.00 | 100.00% | 4,471.00 | 4,471.00 | - | - |
| 2 | 3385SDP | SCH DIST OF PHILA-SRC RM/# 101 | 526.00 | 415.00 | 878.71 | (352.71) | -67.06% | 878.71 | 100.00% | 526.00 | 100.00% | 526.00 | 526.00 | - | - |
| 3 | 4319PSD | PSD/ENG&CAD-FIR TWR ACC CTR DR | 5,544.00 | 430.00 | 6,630.00 | (1,086.00) | -19.59% | 6,630.00 | 100.00% | 5,544.00 | 100.00% | 5,544.00 | 5,544.00 | - | - |
| 4 | 3894PSD | CCTV DRWNG LAYS 1-20 PHILA SCH | 61,690.00 | 2,784.00 | 72,469.90 | (10,779.90) | -17.47% | 72,469.90 | 100.00% | 61,690.00 | 100.00% | 61,690.00 | 61,690.00 | - | - |
| 5 | 4942PSD | PSD-SWENSON SKILLS CTR CCTV | 61,000.00 | 28,880.00 | 64,405.37 | (3,405.37) | -5.58% | 64,405.37 | 100.00% | 61,000.00 | 100.00% | 61,000.00 | 61,000.00 | - | - |
| 6 | 4944PSD | PSD-JUANITA PARK ACADEMY CCTV | 143,000.00 | 50,590.00 | 132,859.04 | 10,140.96 | 7.09% | 132,859.04 | 100.00% | 143,000.00 | 100.00% | 143,000.00 | 143,000.00 | - | - |
| 7 | 3383SDP | SCH DIST OF PHILA-TRAINING LAB | 17,925.00 | 131,298.00 | 16,630.45 | 1,294.55 | 7.22% | 13,364.20 | 80.36% | 17,925.00 | 100.00% | 14,404.50 | 17,925.00 | 3,520.50 | - |
| 8 | 4815PSD | PSD-SECURITY REAR BASEMENT | 19,525.00 | 14,117.00 | 15,977.89 | 3,547.11 | 18.17% | 14,381.89 | 90.01% | 19,525.00 | 100.00% | 17,574.69 | 19,525.00 | 1,950.31 | - |
| 9 | 4260PSD | PSD-FCWINX-SOFTWARE UPDATE | 160,000.00 | 14,006.00 | 118,612.95 | 41,387.05 | 25.87% | 118,612.95 | 100.00% | 160,000.00 | 100.00% | 160,000.00 | 160,000.00 | - | - |
| 10 | 3665SDP | 440 BLDG INTERCOM 15TH ST PSD | 4,650.00 | 109,091.00 | 3,392.52 | 1,257.48 | 27.04% | 3,165.99 | 93.32% | 4,650.00 | 100.00% | 4,339.50 | 4,650.00 | 310.50 | - |
| 11 | CC23292 | 15TH STREET ADD'L READER | 4,471.00 | 3,475.00 | 3,248.85 | 1,222.15 | 27.34% | 3,248.85 | 100.00% | 4,471.00 | 100.00% | 4,471.00 | 4,471.00 | - | - |
| 12 | 3435SDP | SCH DIST OF PHILA -S&M AGRMNT | 53,589.00 | 31,390.00 | 38,823.39 | 14,765.61 | 27.55% | 38,823.39 | 100.00% | 53,589.00 | 100.00% | 53,589.00 | 53,589.00 | - | - |
| 13 | 4357PSD | PSD FIRE TOWER-ACC CONTROL DRS | 569,718.00 | 409,190.00 | 392,859.10 | 176,858.90 | 31.04% | 392,372.09 | 99.88% | 569,718.00 | 100.00% | 569,011.75 | 569,718.00 | 706.25 | - |
| 14 | CC43571 | PSD-440 N BROAD ST-STAIR TWR | 10,285.00 | 5,591.00 | 6,845.66 | 3,439.34 | 33.44% | 6,845.66 | 100.00% | 10,285.00 | 100.00% | 10,285.00 | 10,285.00 | - | - |
| 15 | 4180PSD | PHILADELPHIA SCHOOLS RING #1 | 164,874.03 | 129,286.00 | 108,476.97 | 56,397.06 | 34.21% | 108,476.97 | 100.00% | 164,874.03 | 100.00% | 164,874.03 | 164,874.03 | - | - |
| 16 | 4343PSD | PSD CORE SITES RING #2 | 135,337.05 | 105,380.00 | 87,617.10 | 47,719.95 | 35.26% | 87,617.10 | 100.00% | 135,337.05 | 100.00% | 135,337.05 | 135,337.05 | - | - |
| 17 | 4337PSD | PSD-440 BLD TURNSTILES PHS 1-2 | 389,291.00 | 255,459.00 | 248,032.40 | 141,258.60 | 36.29% | 247,712.22 | 99.87% | 389,291.00 | 100.00% | 388,788.47 | 389,291.00 | 502.53 | - |
| 18 | 3893PSD | PHILA SCH DIST SOFTWARE UPGRDE | 68,250.00 | 40,950.00 | 40,950.00 | 27,300.00 | 40.00% | 199.00 | 0.49% | 68,250.00 | 100.00% | 331.67 | 68,250.00 | 67,918.33 | - |
| 19 | 3435SDP | SCH DIST OF PHILA - HR RM 222 | 2,535.00 | 1,949.00 | 1,479.14 | 1,055.86 | 41.65% | 1,479.14 | 100.00% | 2,535.00 | 100.00% | 2,535.00 | 2,535.00 | - | - |
| 20 | 4301PSD | PSD-3RD FLR PORTAL "B" | 6,565.00 | 4,808.00 | 3,824.01 | 2,740.99 | 41.75% | 3,824.01 | 100.00% | 6,565.00 | 100.00% | 6,565.00 | 6,565.00 | - | - |
| 21 | 4643PSD | PHILA SCHL DIST CORE STRNG #4 | 120,988.76 | 81,001.00 | 69,337.78 | 51,650.98 | 42.69% | 69,337.78 | 100.00% | 120,988.76 | 100.00% | 120,988.76 | 120,429.66 | - | - |
| 22 | 4097PSD | PHIL SCH DIST CORE SITE #3 | 152,497.05 | 112,836.00 | 86,228.88 | 66,268.17 | 43.46% | 86,228.88 | 100.00% | 152,497.05 | 100.00% | 152,497.05 | 152,497.02 | - | - |
| 23 | 3440SDP | SCH DIST PHIL-EMPLY HLTH SRVC | 2,535.00 | 1,949.00 | 1,398.51 | 1,136.49 | 44.83% | 1,398.51 | 100.00% | 2,535.00 | 100.00% | 2,535.00 | 2,535.00 | - | - |
| 24 | 4559PSD | PSD-ADDT'L FCWX CLIENT STATION | 2,233.50 | 1,270.00 | 1,110.86 | 1,122.64 | 50.26% | 1,110.86 | 100.00% | 2,233.50 | 100.00% | 2,233.50 | 2,233.50 | - | - |
| 25 | 4259SDP | SCHOOL DIST. OF PHILA | 56,311.57 | 35,255.00 | 27,022.28 | 29,289.29 | 52.01% | 27,022.28 | 100.00% | 56,311.57 | 100.00% | 56,311.57 | 56,311.57 | - | - |
| 26 | 3896PSD | CCTV DRWNGLAYS 21-40 PHILA SCH | 60,820.00 | 28,440.00 | 28,440.00 | 32,380.00 | 53.24% | 6,641.25 | 23.35% | 60,820.00 | 100.00% | 14,202.56 | 60,820.00 | 46,617.44 | - |
| 27 | 5046PSD | PSD-440 N BROAD TECH ED SEC | 54,820.00 | 38,872.00 | 24,400.81 | 30,419.19 | 55.49% | 24,400.81 | 100.00% | 54,820.00 | 100.00% | 54,820.00 | 54,820.00 | - | - |
| 28 | 3727SDP | RE-ENGAGEMENT CTR - S D P | 1,550.00 | 952.00 | 635.79 | 914.21 | 58.98% | 635.79 | 100.00% | 1,550.00 | 100.00% | 1,550.00 | 1,550.00 | - | - |
| 29 | 5000PSD | PHILA SCHL DIST MAINT AGR 2012 | 25,000.00 | 13,750.00 | 8,416.98 | 16,583.02 | 66.33% | 8,416.98 | 100.00% | 25,000.00 | 100.00% | 25,000.00 | 25,000.00 | - | - |
| 30 | 4454PSD | ELLIOT-LEWIS CO ADD TO CONF RM | 2,300.00 | 771.00 | 618.98 | 1,681.02 | 73.09% | 618.98 | 100.00% | 2,300.00 | 100.00% | 2,300.00 | 2,300.00 | - | - |
| 31 | 3600SDP | SCH DIST OF PHILA ADDL READER | 2,790.00 | 2,132.00 | 723.89 | 2,066.11 | 74.05% | 723.89 | 100.00% | 2,790.00 | 100.00% | 2,790.00 | 2,790.00 | - | - |
| 32 | 4031SDP | CCTV DRWINGS 5 ADDL PHILA SCH | 12,160.00 | 5,622.00 | 2,087.00 | 10,073.00 | 82.84% | 2,087.00 | 100.00% | 12,160.00 | 100.00% | 12,160.00 | 12,160.00 | - | - |
| 33 | 3897PSD | CCTV DRWG LAYS 61-80 PHILA SCH | 60,820.00 | 28,520.00 | 9,446.25 | 51,373.75 | 84.47% | 9,446.25 | 100.00% | 60,820.00 | 100.00% | 60,820.00 | 60,820.00 | - | - |
| 34 | 3659SDP | SCH DIST OF PHILA-PSD WIRELESS | 580.00 | 427.00 | 76.26 | 503.74 | 86.85% | 76.26 | 100.00% | 580.00 | 100.00% | 580.00 | 580.00 | - | - |
| 35 | 3892PSD | CCTV DRWG LAYS 41-60 PHILA SCH | 60,820.00 | 28,440.00 | 7,584.25 | 53,235.25 | 87.53% | 7,584.75 | 100.00% | 60,820.00 | 100.00% | 60,820.00 | 60,820.00 | - | - |
| | | Report Totals | $2,495,505.96 | $1,722,814.00 | $1,632,457.83 | $863,048.13 | 34.58% | $1,564,012.11 | | $2,495,505.96 | 100.00% | $2,373,980.10 | $2,494,946.83 | $121,525.86 | $ - |

27

Michael D. Homans, Esquire
October 30, 2014
Expert Report

*Security and Data Technologies, Inc. v.*
*School District of Philadelphia, et al*

## EXHIBIT K

### DOCUMENTS REVIEWED

1. Amended Complaint, June 28, 2012
2. Deposition of Kenneth Spressart, dated August 6, 2014
3. Deposition of Darryl Boozer, dated August 4, 2014
4. Agreement for Services between The School District of Philadelphia and IBS Communications, Inc.
5. Exhibit B to Agreement for Services – Contractors Budget
6. Reviewed financial statements of Security and Data Technologies, Inc. and 101 Pheasant Run, Inc. for the years ended December 31, 2010 and 2009, prepared by Mayer, Hoffman, McCann, P.C., report dated March 31, 2011
7. Reviewed financial statements of Security and Data Technologies, Inc. and 101 Pheasant Run, Inc. for the years ended December 31, 2012 and 2011, prepared by Mayer, Hoffman, McCann, P.C., report dated April 11, 2013
8. SDT Website
9. Expert Report prepared by Tim Van Noy, CPA, CFE, report dated September 19, 2014

| | |
|---|---|
| Michael D. Homans, Esquire | |
| October 30, 2014 | *Security and Data Technologies, Inc. v.* |
| Expert Report | *School District of Philadelphia, et al* |

EXHIBIT L
QUALIFICATIONS

**JOHN F. MALONEY**
CERTIFIED PUBLIC ACCOUNTANT (CPA)
CERTIFIED IN FINANCIAL FORENSICS (CFF)
CERTIFIED VALUATION ANALYST (CVA)
ACCREDITED IN BUSINESS APPRAISAL REVIEW (ABAR)
415 Sargon Way, Suite J
Horsham, Pennsylvania 19044
(215) 675-8364

**PROFESSIONAL EXPERIENCE (1981-CURRENT)**

Partner in the independent certified public accounting firm of Wouch, Maloney & Co, LLP, a full service accounting and business advisory firm with offices in Horsham, PA, Yardley, PA and Fort Myers, FL.

Over 30 years of public accounting and consulting experience focusing on business valuation, damage measurement, estate planning, marital disputes, income taxation, accounting and auditing, business and strategic planning, business strategy development, shareholder agreements, disputes and resolution, succession, entity planning and structuring, operational budgeting, bankruptcy and performance assessment and improvement. Engagements have involved closely-held business entities and entrepreneurial individuals in the industries of construction, manufacturing, wholesaling, professional services, pharmaceutical, retail, and home building and development. Testified as an expert witness.

**CERTIFICATIONS AND EDUCATION**
- Certified Valuation Analyst (CVA), January 10, 1997
- Accredited in Business Appraisal Review (ABAR), January 24, 2012
- Certified in Financial Forensics (CFF), February 28, 2009
- Certified Public Accountant (CPA), March 17, 1988
- Licensed in Pennsylvania and New Jersey
- Temple University - Bachelor of Business Administration (1981)

**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS**
- American Institute of Certified Public Accountants (AICPA)
- Pennsylvania Institute of Certified Public Accountants (PICPA)
- National Association of Certified Valuation Analysts (NACVA)
- Construction Financial Management Association (CFMA)
- Associated Builders and Contractors of Southeastern PA (SEPA ABC)
- Director, Bucks County Estate Planning Council (BCEPC)
- Member of PICPA Business Valuation Committee

**EXPERT TESTIMONY**

Consulting and expert witness assistance in matters involving oppressed shareholders, valuation, construction accounting, and economic damage measurement. Testified as an expert in the Bucks County Court of Common Pleas, Montgomery County Court of Common Pleas, Lehigh County Court of Common Pleas, and Philadelphia Court of Common Pleas. Appointed in Bucks County Court of Common Pleas to act as the independent accountant in resolving disputed accounting issues.

Michael D. Homans, Esquire
October 30, 2014
Expert Report

*Security and Data Technologies, Inc. v.*
*School District of Philadelphia, et al*

<u>EXHIBIT L</u>
<u>QUALIFICATIONS</u>
<u>continued</u>

**TESTIMONY LAST FIVE YEARS**

- <u>A. Scott Enterprises, Inc. v. City of Allentown</u>
  Lehigh County Court of Common Pleas (2013)

- <u>Seidman, Jacob and Merrill Seidman, et. al v. Ronald L. Capla, et. al.</u>
  Philadelphia County Court of Common Pleas (2011)

- <u>Robert Cooney v. Marion Cooney, et. al.</u>
  Montgomery County Court of Common Pleas (2011)