IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITY and DATA TECHNOLOGIES, INC., **Plaintiff,** v. SCHOOL DISTRICT OF PHILADELPHIA, et al., **Defendants.** | CIVIL ACTION<br><br>No. 12-2393 |

## VERDICT SHEET

1. Has Security and Data proven by a preponderance of the evidence that race was a determinative factor for any of the Defendants in the decision to deny Security and Data the award of the camera project contract?

   School District of Philadelphia:            Yes_____      No_____

   Philadelphia School Reform Commission:      Yes_____      No_____

   Arlene Ackerman:                            Yes_____      No_____

**(If you answered yes to question 1 as to any defendant, please proceed to question 2. If, as to all defendants, your answer to question 1 is no, please return to the courtroom).**

2. Please state the appropriate amount of damages that should be awarded to Security and Data.

   $ _____

_____                        _____
**DATE**                                    **JURY FOREPERSON**

(Please return to the courtroom with your verdict.)