IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITY AND DATA TECHNOLOGIES, INC.,**: <br> **Plaintiff,** : <br> : <br> **v.** : <br> : <br> **SCHOOL DISTRICT OF PHILADELPHIA,** : <br> **ET AL.,** : <br> **Defendants.** : <br> : | **CIVIL ACTION** <br><br> **No. 12-2393** |

### ORDER

**AND NOW,** this 20th day of December, 2016, upon consideration of "Defendants' Renewed Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) to Dismiss Plaintiff's Claim, in the Alternative, for a New Trial Under Fed. R. Civ. P. 59" (Doc. No. 201) and the response thereto, it is hereby **ORDERED** that Defendants' motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**