**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **SECURITY AND DATA TECHNOLOGIES, INC.,:** | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| **v.** : | **No.  12-2393** |
| : | |
| **SCHOOL DISTRICT OF PHILADELPHIA,** : | |
| **ET AL.,** : | |
| **Defendants.** : | |

_____ :

### <u>ORDER</u>

**AND NOW,** this 20th  day of December, 2016, upon consideration of "Plaintiff's Motion for the Award of Attorneys' Fees, Costs and Prejudgment Interest" (Doc. No. 197), "Supplemental  Declaration of Michael D. Homans in Support of Plaintiff's Motion for an Award of Attorneys' Fees and Costs and Prejudgment Interest" (Doc. No. 200), "Defendants' Memorandum of Law in Response to Plaintiffs' Motion for an Award of Attorney's Fees, Costs and Prejudgment Interest" (Doc. No. 207), "Plaintiff's Reply in Support of its Motion for the Award of Attorneys' Fees, Costs and Prejudgment Interest" (Doc. No. 215), correspondence from counsel (Doc. Nos. 219 and 220) and in accordance with the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED** insofar as Plaintiff is awarded:

– $770,224.29 in attorney's fees,

– $45,175.63 in costs, and

– $473,507.36 in prejudgment interest.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**